FREDERICK BROTHERS ARTISTS CORPORATION et al., Appellants, *v.* CHARLES V. YATES, Respondent.

Argued November 25, 1946; decided January 16, 1947.

*Richard Swan Buell* and *John J. Boyle* for appellants.
*Jack J. Katz* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.